The Law Offices of JUDITH S. LELAND, APLC
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
Tel: (562) 904-6955
Fax: (562) 904-6965
JUDITH S. LELAND (State Bar No: 63747)
CARLA A. GREEN (State Bar No: 281977)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTON RANKIN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　Defendant.<br>_____ | CIVIL NO. CV 17-00593-VBF (AFM)<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of ONE THOUSAND NINE HUNDRED DOLLARS ($1,900.00) as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: 12/1/2017　　　　　　　_____
　　　　　　　　　　　　　　　　ALEXANDER F. MacKINNON
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE